## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

NATIONAL STEEL CONSTRUCTORS, LLC,

      Plaintiff,

v.                                                    CASE NO.  4:05cv328-RH/WCS

FLORIDA WORKERS COMPENSATION
JOINT UNDERWRITING ASSOCIATION, INC.,

      Defendant.

_____/

### ORDER SETTING TEMPORARY RESTRAINING ORDER HEARING

Plaintiff's motion for a temporary restraining order is hereby set for hearing

on Friday, September 9, 2005, at 1:30 p.m.  The hearing will occur in person in

Courtroom 5-East in the United States Courthouse, 111 N. Adams St., Tallahassee,

Florida.  Any person who wishes to participate by telephone may do so by making

arrangements with courtroom deputy clerk Valerie Rhaburn.  The clerk shall

provide copies of this notice by facsimile, with the banner URGENT NOTICE

FROM UNITED STATES DISTRICT COURT, (a) to plaintiff's attorney, (b) to

defendant's attorney if his or her identity is learned either by telephone call to

plaintiff's attorney or in any other reasonable manner, and (c) if an attorney for

defendant cannot be identified, to defendant's registered agent as determined from

the internet site of the Florida Secretary of State and to every other purported

representative of defendant identified in the complaint, motion for temporary

restraining order, or attachments thereto.

SO ORDERED this 8th day of September, 2005, at 6:35 p.m.

s/Robert L. Hinkle
Chief United States District Judge