*Page 1 of 2*

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NATIONAL STEEL CONSTRUCTORS, LLC,

    Plaintiff,

v.   CASE NO.  4:05cv328-RH/WCS

FLORIDA WORKERS COMPENSATION
JOINT UNDERWRITING ASSOCIATION, INC.,

    Defendant.

_____/

## ORDER SETTING TEMPORARY RESTRAINING ORDER HEARING

Plaintiff's motion for a temporary restraining order is hereby set for hearing on Friday, September 9, 2005, at 1:30 p.m.  The hearing will occur in person in Courtroom 5-East in the United States Courthouse, 111 N. Adams St., Tallahassee, Florida.  Any person who wishes to participate by telephone may do so by making arrangements with courtroom deputy clerk Valerie Rhaburn.  The clerk shall provide copies of this notice by facsimile, with the banner URGENT NOTICE FROM UNITED STATES DISTRICT COURT, (a) to plaintiff's attorney, (b) to defendant's attorney if his or her identity is learned either by telephone call to plaintiff's attorney or in any other reasonable manner, and (c) if an attorney for

defendant cannot be identified, to defendant's registered agent as determined from the internet site of the Florida Secretary of State and to every other purported representative of defendant identified in the complaint, motion for temporary restraining order, or attachments thereto.

SO ORDERED this 8th day of September, 2005, at 6:35 p.m.

s/Robert L. Hinkle
Chief United States District Judge