# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

NATIONAL STEEL CONSTRUCTORS, LLC,

    Plaintiff,

v.                                          CASE NO.  4:05cv328-RH/WCS

FLORIDA WORKERS COMPENSATION
JOINT UNDERWRITING ASSOCIATION, INC.,

    Defendant.

_____/

## ORDER CANCELING MOTION FOR HEARING ON
## MOTION FOR TEMPORARY RESTRAINING ORDER

     Plaintiff's attorney has notified the court's staff by telephone that plaintiff withdraws its motion for temporary restraining order.  Accordingly, the hearing previously set for today at 1:30 p.m. is hereby canceled.  The clerk shall provide copies of this notice by facsimile in accordance with the instructions set forth in the order entered September 8, 2005, that scheduled the hearing that now has been cancelled.

     SO ORDERED this 9th day of September, 2005, at 11:44 a.m.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge